UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_Erik White_

**16 CV 8253**

Write the full name of each plaintiff.

No. _____
(To be filled out by Clerk's Office)

-against-

_(Police Officer) Raul Aguino, N.Y.P.D._
_Myrna Brown_
_Administration for Children Services_
_(A.C.S), City of New York_

Write the full name of each defendant. If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section IV.

**COMPLAINT**
(Prisoner)

Do you want a jury trial?
☐ Yes  ☒ No

RECEIVED
SDNY PRO SE OFFICE
2016 OCT 20 AM 9:28

---

### NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

## I. LEGAL BASIS FOR CLAIM

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "*Bivens*" action (against federal defendants).

☑ Violation of my federal constitutional rights

☑ Other: _Slander, Defamation, Libel_

## II. PLAINTIFF INFORMATION

Each plaintiff must provide the following information. Attach additional pages if necessary.

_Erik_                _C._                _White_
First Name          Middle Initial         Last Name

_Eriq White_
State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

_141-14-06717      NYSID No. 06472735N_
Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)

_Brooklyn Detention Complex_
Current Place of Detention

_275 Atlantic Avenue_
Institutional Address

_Brooklyn_           _N.Y._          _11201_
County, City          State           Zip Code

## III. PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

☑ Pretrial detainee
☐ Civilly committed detainee
☐ Immigration detainee
☐ Convicted and sentenced prisoner
☐ Other:

Page 2

## IV. DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

**Defendant 1:**
First Name: Raul
Last Name: Aguino
Shield #: TAX ID NO. 945139
Current Job Title (or other identifying information): Police Officer
Current Work Address: 34 Precinct: 4295 Broadway
County, City: New York
State: N.Y.
Zip Code:

**Defendant 2:**
First Name: Mirna
Last Name: Brown
Shield #: 5114819
Current Job Title (or other identifying information): Case Worker (Unit: 443-1)
Current Work Address: Administration for Children Services: 55 West 125 St.
County, City: New York
State: N.Y.
Zip Code: 10035

**Defendant 3:**
First Name: Administration
Last Name: for Children Services
Shield #:
Current Job Title (or other identifying information):
Current Work Address: 150 William Street
County, City: New York
State: N.Y.
Zip Code: 10038

**Defendant 4:**
First Name: City
Last Name: of New York
Shield #:
Current Job Title (or other identifying information): New York City Law Dept.
Current Work Address: 100 Church Street
County, City: New York
State: N.Y.
Zip Code: 10007

DEFENDANT NO. 5
New York City Police
Department
1 Police Plaza
New York, N.Y. 10007

## V. STATEMENT OF CLAIM

Place(s) of occurrence: _____

Date(s) of occurrence: Nov. 8, 2013 and beyond

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach additional pages as necessary.

Please see attached "Statement of Facts"

Page 4

## INJURIES:

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

PLEASE SEE Attached "Statement of Facts"

## VI.   RELIEF

State briefly what money damages or other relief you want the court to order.

For the matter(s) and circumstances as a result thereof stated herein this action, I am requesting monetary relief in total of Two Million Dollars ($2,000,000).

## VII. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

Dated: Oct. 14, 2016

Plaintiff's Signature: [signed]

First Name: ERIK    Middle Initial: C.    Last Name: White

Prison Address: Brooklyn Detention Complex; 275 Atlantic Avenue

County, City: Brooklyn    State: N.Y.    Zip Code: 11201

Date on which I am delivering this complaint to prison authorities for mailing: Oct. 15, 2016

Page 6

# Statement of Facts

This is a matter of slander, malicious defamation and libel; as on or about Nov. 8, 2013, Ms. Roshana Anderson, whom which her and I have a child - daughter (Kessiah Anderson) - together, filed a false report against me - incident No. 2013-034-002568 - at the 34th Precinct, New York County, whereas whom Officer Raul Aquino - Tax ID No. 945139 - was the writer (herein enclosed Exhibit-A).

In said report, Ms. Anderson claimed that she saw sexual message between our daughter and I on our daughter's Facebook page. Thereafter, Officer Aquino reported that I had been arrested a total 20 times, prior and since 2009, for sex trafficking. This claim was also later stated by Ms. Anderson in a "Family Offense Petition" - Family Court, New York County, on Nov. 22, 2013 (Exhibit-B). The Administration for Children Services (A.C.S) was also notified whereas the case was assigned to Ms. Myrna Brown (caseworker - A.C.S No. 514819, Unit No. 443-1).

All allegations and claims herein stated and referred were proven to be false; as all were thoroughly investigated and unfounded as they could not be corroborated by evidence. Even more, these claim(s) made by Officer Aquino as well as Ms. Anderson are a blatant lie; as the record will

undoubtedly verify that I have never been arrested for nor charged with sex trafficking. Muchless, within the period of time therein stated (2009-Nov. 2013).

### —Background—

On May 14, 2004, I was arrested and charged with a sex crime, due to allegations that were brought against me by my, then, scorned girlfriend because of my infidelities. I was later released on bail in March 2005 (Exhibit-C) and jumped bail in December 2005 (Exhibit-D). Thereafter, I was apprehended and rearrested in March 2007 and, then also charged with bail jumping. Under duress, I later accepted a plea in December 2007 and then in Jan. 2008 I was sentenced to 3 1/2 to 7 years for the sex crime and 2 1/3 to 7 years for bail jumping in which both sentences were ordered to be served concurrently.

I am currently fighting to have those charges and cases vacated, due to my innocense thereof, I am also now a registered sex offender because of this, as well as other grievances. But yet my motion(s) thereof has been being deliberated since Jan. 2016 (Exhibit-E).

Thereafter, I was released from State prison on December 27, 2010. Therefore, (being that I was

incarcerated from March 2007 – Dec. 2010) it is impossible that I had been arrested for sex trafficking or anything else in 2009, as Officer Aquino and others claimed. I remained free, without incident nor police contact, until April 2011 when I surrendered myself to answer for a parole violation; for which I was ordered to serve another 18 months in state prison. Thereafter, I was released on Oct. 9, 2012. I then remained free, again, without incident nor police contact, until February 2013; when, again, I surrendered myself for another parole violation; for which I was ordered to serve the remainder of my sentence in state prison, which was six months. Thereafter I was released on Aug. 28, 2013. I remained free, without incident nor police contact until May 24, 2014, for which I remain incarcerated.

So, as you can see, as of herein stated and can very well be verified by the record, the claims of my arrests for sex trafficking are a blatant fabrication. But yet, even with no proof and claims unfounded, these allegations (sex trafficking and the inappropriate Facebook messages) were made against me in Family Court by Ms. Roshana Anderson (the mother of my child) and cooberated by Ms. Myrna Brown (A.C.S) and charged against me by Your Honor – Hon. Stewart Weinstein

whereas I was ordered to stay away from my children and the allegations were also said to be facts ("Order of Fact Finding" - Exhibit F). Ms. Anderson claimed that she, herself, saw said messages between our daughter and I on our daughter's Facebook page but then the messages had been deleted. Therefore, the court subpoena'd the records for both my daughters and my own Facebook account(s) - Exhibit - G. And even though this claim was unfounded, it was still said to be a fact and held against me in the courts order(s).

— Background —

Since being convicted for a sex crime and subsequent sex offender registration, I have been subjected to constant ridicule, suspicion and malicious attacks in my everyday life. Such as individuals maliciously using my situation and circumstances thereof against me for their own personal gain and/or vengeance. Such as is the foundation of the matter herein referenced.

Shortly after my release from prison in 2012 - for a parole violation - Ms. Anderson decided that she needed a break from raising our daughter and asked my mother - Mercedes White - if she would assume the responsibility. My mother agreed and soon thereafter our daughter was sent to live with my mother and step-

fathers. But yet my daughter is from the city - Bronx, N.Y. - where she had been raised for her entire life. And my mother lived in Chappaqua, N.Y. So in actuality my daughter was just snatched away from the only life that she had ever known, where she had her friends and her freedom, and placed in a world that was totally foreign to her. As well as my mother is extremely strict. My daughter was only allowed to go to school and directly back home. She was not allowed any internet access, social media nor even for scholastic purposes because my mother wanted her to stay in her books and study so that she would thoroughly understand her work. Nor did my mother allow my daughter to have a cell phone. Therefore, this transition was extremely difficult for my daughter and often caused friction between the two (my mother and my daughter).

So then I began to stay at my mothers house as well, to help with my daughter and try to ease the tension out of the situation, as much as possible. This worked as everyone was happy and the situation was tolerable. But soon thereafter I had to return to prison for another parole violation (Feb. 2013). So upon learning that I would soon be back in prison, my daughter wanted to return home to her mother and her friends and the life that she had always enjoyed. So she used my situation to get her way. She began writing love letters to me and discarding them in places where she knew

that my mother would find them. Then she claimed that her and I had been having sex in various places in my mother's house as well as in the house where I lived with my fiancée, and my daughter from that relationship, at the time. My daughter also claimed that I had taken nude photos of her on my fiancée's laptop computer.

Needless to say, an intense investigation ensued with law enforcement authorities as well as Dept. of Children Services (D.C.S). Property was taken from my mother's as well as my fiancée's homes - including my fiancée's laptop computers - and everything - including inside of said homes - was thoroughly examined and forensically tested. All results were negative. All claims were unfounded (Exhibit-H). But meanwhile - in June 2013 - during the time of the investigation(s), Family Court (Westchester county) ordered that my daughter be returned to her mother - Roshana Anderson. Then, immediately thereafter being returned to her mother, during a conversation between the two is when my daughter confessed that her claims against me were all untrue. And that she had only made up the stories because she did not want to live with my mother; she wanted to go home to her mother. She also told of her being coerced into continuing with the allegations after the letters were found (Exhibit-I). It was then-after

that all investigations verified her allegations to be untrue, nor was I ever arrested nor charged in this matter. As all claims were unfounded as well as my daughters' confession that the allegations hereof were fabricated, it was thereby proven that my daughter had lied on me in such a vicious way for her own personal gain.

But yet even with my innocense being proven in this matter, the allegations were still charged against me in family court. See "Order of Fact Finding" (herein Exhibit-F). This is extremely defamatory because it is impossible that the allegations are "FACTS" when the incident(s) never occurred. Furthermore, the allegations were proven false through investigation(s); as well as the accuser confessed to the allegations being made up for her own personal gain.

But unfortunately this now happens often in my life because of my situation, as being a Registered Sex Offender, such as the matter(s) hereof this action. Ms. Anderson (the mother of my daughter) maliciously used my situation against me, out of vengence, because of domestic problems that her and I were having in claiming that she witnessed sexual facebook messages between our daughter and myself. As well as it is further damaging and blatant professional misconduct that Ms. Myrna Brown (A.C.S.) cooberated Ms. Andersons

allegations, even though there is absolutely no proof - even after the courts own investigation, as per subpoena. Furthermore, my daughter adamantly and repeatedly denounced these allegations or even any knowledge of said facebook messages (Exhibit-J).

As the matters herein stated and referred has caused such extreme measures of unjust stress, ridicule, suspicion, embarrassment and scrutiny in my life - as it has costed me relationships (business, personal, intimate), I have also had to endure homelessness, being ordered (by the court) to stay away from my children, job loss and incarceration, all as a result hereof - that I often contemplated suicide.

# NYPD Domestic Incident Report

 *Exhibit-A*

**Sensitive Information**

| Agency | ORI | **NYPD DOMESTIC INCIDENT REPORT** | Incident # | Pct of Report |
|---|---|---|---|---|
| N.Y. POLICE DEPT | NY03030002 | | 2013-034-002568 | 34 |

| Date of Report | Time of Report | Date of Occur | Time of Occur | Response Type | SPRINT # | Aided # | IAB # |
|---|---|---|---|---|---|---|---|
| 11/08/2013 | 0836 | 11/08/2013 | 0800 | RADIO RUN | D13110 | | |

| Address of Occurrence | Pct | PSA | Sector | Beat |
|---|---|---|---|---|
| 573 WEST 192 STREET 3B MANHATTAN NY 10040 | 34 | | A | 5 |

| Complaint Filed | Complaint # | Det Clearance | SAFE# or way to contact |
|---|---|---|---|
| NO | | | |

| Arrest Made | Arrest No. | Non Arrest Reason |
|---|---|---|
| NO | | UNK |

## Victim: ANDERSON, KESSIAH

| Victim's Last Name, First M.I. | Alias Last Name, First | Address | Pct | PSA |
|---|---|---|---|---|
| ANDERSON, KESSIAH | | 573 WEST 192 STREET 3B MANHATTAN NY 10040 | | |

| Sex: FEMALE<br>Race: BLACK<br>Ethnic Origin:<br>Language: ENGLISH | Date of Birth: 10/12/2000<br>Age: 13 | Home Phone: 917 792-1804<br>Other Phone: | Member of Service: NO |
|---|---|---|---|

| Injury | Removed to Hospital |
|---|---|
| NO | NO |

**Notes**

## Suspect: WHITE, ERIQ

| Suspect's Last Name, First M.I. | Alias Last Name, First | Address | Pct | PSA | Risk Factor |
|---|---|---|---|---|---|
| WHITE, ERIQ | | 1445 SAINT MARKS PLACE 3 BROOKLYN NY | | | Prior DV History: YES<br>Prior DV police report: YES |

| Sex: MALE<br>Race: BLACK<br>Ethnic Origin:<br>Language: ENGLISH | Date of Birth: 11/29/1972<br>Age: 40 | Home Phone: 347 793-5891<br>Other Phone: | Member of Service: NO | Victim fearful: NO<br>Access to weapon: NO<br>Suspect:Drug/Alc History: NO |
|---|---|---|---|---|

| Suspect Present: NO | Relationship to Victim: FATHER | Living Situation: | NYSID Number: | Suspect:Hx suicide threat: NO<br>Suspect:Probation/Parole: NA |
|---|---|---|---|---|

| Injury | Removed to Hospital |
|---|---|
| NO | NO |

| Suspect Action | Threats | Weapons Used |
|---|---|---|
| | | |

## Associated Persons

| Assoc Person's Last Name, First M.I. | Address | Relationship | Date of Birth | Phone |
|---|---|---|---|---|
| ANDERSON, ROSHANA | | | 08/11/1974 | 917 792-1814 |

## Order of Protection

| Registry checked | Order of Protection | Stay Away Order | Order Violated | Any Prior Orders | OP Court Name | OP Court Type | Expiration Date |
|---|---|---|---|---|---|---|---|
| NO | NO | | | | | | |

## Investigation Info

| Photo Taken | Photo: Victim Injuries | Photo: Suspect Injuries | Photo: Scene | Photo: Property Damage | Photo: Other |
|---|---|---|---|---|---|
| NO | | | | | |

| Child victim of abuse | Other Evidence Collected | If Yes, describe | | | Excited utterances/ spontaneous admissions |
|---|---|---|---|---|---|
| YES | NO | | | | NO |

**Results of investigation and basis of action taken**
AT TPO, THE MOTHER OF THE VICTIM CALLED THE POLICE TO STATES THAT HER DAUGHTER & THE VICTIMS BIOLOGICAL FATHER ARE HAVING INAPPROPRIATE CONVERSATIONS VIA FACEBOOK & TEXT MESSAGES ABOUT HAVING SEXUAL CONTACT/RELATIONS. WHEN THE MOTHER CONFRONTED HER ABOUT THE MESSAGES & THEY WERE ERASE SHORTLY AFTER. VICTIM IS DENYING ANY SEXAUL CONTACT, BUT FATHER IS A CONVICTED SEX OFFENDER. NYS CHILD ABUSE HOTLINE REGISTRY WAS CONTACTED:MOSHER, APRIL @ 0901AM #29313052. PATROL SUPV ON THE SCENE. SPECIAL VICTIMS NOTIFIED: DET LUVO.

**Statement of Allegations/Supporting Desposition**
I WAS TRYING TO GET MY DAUGHTER TO GO TO COURT W/ME FOR A PINS WARRANT & ORDER PROTECTION & SHE TOLD ME SHE DIDN'T WANT TO GO WITH ME BECAUSE I'M TRYING TO KEEP HER FROM HER DAD.

**Other Agencies involved with the parties or incident (e.g. advocates, hospital, probation)**

## Guns

| Guns In House | Guns seized | Has Permit | Permit Seized | Issuing County | Permit #(s) | Name on Permit(s) |
|---|---|---|---|---|---|---|
| NO | | | | | | |

## Agency

| Agency Contacted | Date | Notified Name | Notified By (Initial) |
|---|---|---|---|
| NYS CHILD ABUSE HOTLINE | 11/08/2013 | MOSHER, APRIL | RA |

| DIR given to victim at scene | If No, Reason | Victim's Rights Notice given to victim | If No, Reason | Entered By TaxID | Entered By Date |
|---|---|---|---|---|---|
| YES | | YES | | 355936 | 11/13/2013 |

| | Name | | | Rank | Tax ID | Date |
|---|---|---|---|---|---|---|
| Reporting Officer: | AQUINO, RAUL | | | POM | 945139 | 11/08/2013 |
| DVO Reviewed: | Name | | | Rank | Tax ID | Date |
| Detective Assigned: | Name | | | Rank | Tax ID | Date |
| Supervisor Sign-off: | SCHWARZ, DANIEL | | | SGT | 916662 | 11/23/2013 |

Viewed/Printed by from NYPD on 2014-04-03 at 09:39:01

*jt part 6 for 11/22*     *put on for Summons & service, part 6, Judge Weinstein*

F.C.A. §§ 812, 818, 821

Form 8-2
(Family Offense Petition)
(8/2010)

FAMILY COURT OF THE STATE OF NEW YORK
COUNTY OF ................................

Roshana Anderson
................................ Petitioner

-against-

Eric Charles White
................................ Respondent

File # 219695

Docket No. O-43895-13

FAMILY OFFENSE PETITION

TO THE FAMILY COURT:

The undersigned Petitioner respectfully states that:

1. a. I reside at [specify address unless confidential]:[1]   573 West 192nd St, Apt 3B, NY, NY 10040
   b. The Respondent resides at [specify]: 1445 St. Mark's Place, Apt 3, Brooklyn, NY

2. a. ☐ The Respondent and I are related as follows [check applicable box(es)]:
   ☐ we are married    ☐ we were married
   ☑ we have a child in common    ☐ we are parent & child
   ☐ we are related by blood or marriage [specify how]:
   ☐ we are in an intimate relationship (NOT casual social or business acquaintances) [describe]:
   ☐ we were in an intimate relationship (NOT casual social or business acquaintances) [describe]:

   b. ☐ I am a peace officer.

3. The Respondent committed the following family offense(s) against me and/or my children, which constitute(s):
   ☐ Disorderly conduct    ☑ Menacing in the second or third degree
   ☑ Harassment in the first or second degree    ☐ Reckless endangerment
   ☑ Aggravated harassment in the second degree    ☐ Stalking
   ☐ Assault in the second or third degree    ☐ Attempted assault
   ☐ Criminal mischief    ☑ Sexual misconduct
   ☐ Sexual abuse in the second[2] or third degree    ☑ Forcible touching
   ☐ Strangulation    ☐ Criminal obstruction of breathing or circulation

---

[1] If your health or safety or that of your child or children would be put at risk by disclosure of your address or other identifying information, you may apply to the Court for an address confidentiality order by submitting General Form GF-21, which is available on-line at www.nycourts.gov. See Family Court Act §154-b.

[2] Where victim is incapable of consent for reason other than being under age 17 [Penal Law §130.60(1)].

**Exhibit-B**

[Describe incident, state date, time and place of most recent incident, specify if anyone was injured (how seriously) and if any weapons were used. If there were earlier incidents as well, describe them in additional paragraphs. Use additional sheets where necessary]:

See attached

4. I ☐have ☑have not filed a criminal complaint concerning these incident(s) [If so, please indicate status]. I have filed a domestic incident report with the police

5. [Check applicable box(es)]:

☐ a. I have no children and there are no other children living in my home.

☐ b. The following children live with me (include children who are not yours).

Name    Date of Birth    Relationship to Me    Relationship to Respondent


☑ c. The following children are mine but do not live with me.

Name    Date of Birth    Lives With    Child's Relationship to Respondent

Sarah Anderson    10/12/2000    Foster care    daughter

☐ e. The Respondent committed family offenses against the above child or children as follows [describe including name(s) of child or children, nature of offense(s) and date(s)]:[3]

[Check boxes and complete any of the following paragraphs 6-13 that apply to you. Skip any that do not apply to you.]

☑ 6. The Respondent has acted in a way I consider dangerous or threatening to me, my children or any member of my family, in addition to the incident described in question 3, as follows [describe]:

☐ 7. The Respondent was found to have violated an Order of Protection issued on behalf of me or members of my family or household as follows [describe]:

☐ 8. The Respondent owns or has access to guns as follows [describe]:

---

[3] Family offenses include the crimes of: assault or attempted assault, aggravated harassment or harassment, disorderly conduct, menacing, reckless endangerment, stalking, sexual abuse, sexual misconduct, forcible touching, strangulation, criminal obstruction of breathing or blood circulation or criminal mischief.

9. ☐ a. The Respondent has a gun license or pistol permit for the following gun(s) as follows [describe]:

☐ b. The Respondent has a gun license or permit application pending as follows [describe]:

☐ c. The Respondent carries a gun on his or her job as follows [describe]:

10. ☐ a. The Respondent threatened [check applicable box(es)]:
☒ me ☐ my child or children [specify]:
☐ a member or members of my household [specify]:
with a gun or dangerous instrument or object as follows [specify]:

☐ b. There is a substantial risk that Respondent would use or threaten to use a firearm or dangerous instrument or object against me, my child(ren) or member of my household on the basis of the following facts and for the following reasons [describe]:

☐ 11. The following court cases are pending between me and the Respondent [specify court, docket or index number, nature of action and status, if known]:

☒ 12. The Respondent has the following criminal convictions [specify, including date, crime, sentence and court, if known]: was convicted of molesting an 11 year old in 2006 and is a registered level 2 sex offender; the respondent has been arrested 25 times since 2009 for sex trafficking

☐ 13. [Applicable where protection is sought for pet(s)]:
a. The following pets live in my house [specify name(s) and type(s)]:

b. The Respondent injured or tried or threatened to injure pets in my household as follows [describe]:

14. I have not made any previous application to any court or judge for the relief requested in this petition, (except [specify the relief, if any, granted and the date of such relief: ). delete if inapplicable]:

WHEREFORE, Petitioner respectfully requests this Court to:

a. adjudge the Respondent to have committed the family offense(s) alleged;
b. enter an order of protection, specifying conditions of behavior to be observed by the Respondent in accordance with Section 842 of the Family Court Act;
c. enter a finding of aggravated circumstances [delete if inapplicable];
d. enter a temporary order of child support in accordance with Family Court Act §828(4) [delete if inapplicable];
e. order such other and further relief as to the Court seems just and proper.